```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Crim. No. 2016-25 |
| v. ) | |
| ) | |
| **EUGENE MONSANTO JR,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Appearances:**

**Ronald S. Sharpe, USA**
**Kim L. Chisholm, AUSA**
Office of the United States Attorney
St. Thomas, U.S.V.I.
   *For the United States of America,*

**Omodare Jupiter, FPD**
**Kia Danielle Sears, AFPD**
Office of the Federal Public Defender
St. Thomas, U.S.V.I.
   *For Eugene Monsanto Jr.*

## ORDER

**GÓMEZ, J.**

Before the Court is the motion of Eugene Monsanto to file a document *ex parte* and under seal.

The premises considered it is hereby

**ORDERED** that the motion is **GRANTED** insofar as it seeks to file documents *ex parte* and under seal for the Court's consideration.

```
                                 S_____
                                    Curtis V. Gómez
                                    District Judge
```